UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00643-FDW-DCK

| | |
|---|---|
| BRANDON PATRICK LINK,<br><br>  Plaintiff,<br><br>vs.<br><br>PENNSYLVANIA STATE POLICE; TODD A. ADAMSKI; LIBERTY TRANSPORTATION, INC.; JOSEPH HUTH; MARC PALLA; and LANDMARK LEASING, INC.<br><br>  Defendants. | NOTICE |

THIS MATTER is before the Court sua sponte following the filing of Defendants' Motion to Dismiss and Supporting Memorandum (Docs. Nos. 17-18) pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, wherein Defendants have moved the Court to dismiss the Complaint for lack of personal jurisdiction, or in the alternative, to transfer venue.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding pro se, that he has a right to respond to Defendants' Motion to Dismiss and indeed carries a burden in responding to the motion by showing that personal jurisdiction exists.[1] Plaintiff may file a response brief in response to Defendants' Motion to Dismiss on or before June 4, 2015.

The Court also advises Plaintiff that his failure to respond may result in Defendants' being granted the relief they seek, that is, dismissal of the Complaint.

---

[1] The specific language of Roseboro addressed the responsive burden for a pro se party in the context of a motion for summary judgment, but the Court, out of an abundance of caution, has issued this notice.

The Clerk is respectfully directed to send a copy of this Notice to Plaintiff at 3838 Fircrest Road, Charlotte, NC 28217, and to counsel for the Defendants.

IT IS SO ORDERED.

Signed: May 20, 2015

Frank D. Whitney
Chief United States District Judge