# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:14-CV-643-FDW-DCK

| | |
|---|---|
| BRANDON PATRICK LINK, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TODD A. ADAMSKI; MARC PALLA; LIBERTY TRANSPORTATION, INC.; LANDMARK LEASING, INC.; and JOSEPH HUTH, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 20) filed by Hal F. Askins, concerning Sandra A. Kozlowski on May 20, 2015. Ms. Kozlowski seeks to appear as counsel *pro hac vice* for Defendant Todd A. Adamski. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 20) is **GRANTED.** Ms. Kozlowski is hereby admitted *pro hac vice* to represent Todd A. Adamski.

**SO ORDERED**.

Signed: May 20, 2015

David C. Keesler
United States Magistrate Judge