UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00643-FDW-DCK

| | |
|---|---|
| BRANDOM PATRICK LINK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PENNSYLVANIA STATE POLICE; )<br>TODD A. ADAMSKI; LIBERTY )<br>TRANSPORTATION, INC.; JOSEPH )<br>HUTH; MARC PALLA; and LANDMARK )<br>LEASING, INC. )<br>)<br>Defendants. | ORDER |

**THIS MATTER** is before the Court sua sponte after Plaintiff, who is proceeding pro se, informed the Court through his filing on May 29, 2015 (Doc. No. 22) that he has not received several of Defendant's filings via mail. Upon further examination of Plaintiff's filings, the Court has found that Plaintiff has provided several different addresses to the Court. He is now ordered to provide the Court with his most current and correct address, so that the docket may be updated. Failure to timely inform the court of a change in address could result in a dismissal for failure to prosecute.

**IT IS SO ORDERED.**

Signed: June 1, 2015

Frank D. Whitney
Chief United States District Judge